## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

JOSHUA O. BARNACK,

      Plaintiff,                                              JUDGMENT IN A CIVIL CASE

v.                                                                    15-cv-733-jdp

E-TRIPLE J, INC. d/b/aThe Neighborly Bar
and WILSON MUTUAL INSURANCE CO.,

      Defendants.

---

    This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants;

    (1) dismissing defendant Wilson Mutual Insurance Company for lack of subject matter jurisdiction; and

    (2) granting E-Triple J, Inc.'s motion for summary judgment and dismissing this case.

    /s/                                                              1/23/2017

---

    Peter Oppeneer, Clerk of Court                                  Date